IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSHUA JAMES HART,

Plaintiff,

v.

JEFFERSON COUNTY JUSTICE CENTER, *et al.*,

Defendants.

Case No. 17-cv-602 JPG/MAB

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 14, 2019**          MARGARET M. ROBERTIE,   Clerk of Court

<u>s/Tina Gray, Deputy Clerk</u>


**Approved:**    *s/J. Phil Gilbert*
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**